In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO.  09-12-00348-CR

**CHRISTOPHER DALE COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. 21669**

## MEMORANDUM OPINION

The trial court entered a judgment of conviction of Christopher Dale Cooper for forgery of a financial instrument. The trial court sentenced Cooper, a repeat offender, to fifteen years of confinement.

Cooper's appellate counsel filed a brief that presents counsel's professional evaluation of the record.  Counsel concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1987). We have reviewed the

appellate record and agree with counsel's conclusion.  It is unnecessary to order appointment of new counsel to re-brief the appeal.  *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).  The trial court's judgment is affirmed.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Submitted on February 6, 2013
Opinion Delivered February 20, 2013
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.